### 25596. SIMMONS v. GORDON.

NICHOLS, Justice. The present appeal is from a judgment overruling a challenge to the jury array of Long County in which the Act of 1962 (Ga. L. 1962, p. 6) amending *Code* § 59-101 was attacked as being unconstitutional. A certificate of immediate review was signed by the trial court. While the case was pending in this court the General Assembly repealed the Act attacked as being unconstitutional (Ga. L. 1970, p. 10), and the sole issue in the appeal before this court is rendered moot. The appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

ARGUED JANUARY 13, 1970—DECIDED FEBRUARY 19, 1970.

*Bouhan, Williams & Levy, Frank W. Seiler, Charles H. Wessels, Walter C. Hartridge, II,* for appellant.

*Richard D. Phillips,* for appellee.

*Hitch, Miller, Beckmann & Simpson, Jones, Kemp & O'Steen,* for parties at interest not parties to record.